HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHRIS SALAZAR GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRIS SALAZAR GUTIERREZ,<br><br>Defendant. | Case No. 1:21-cr-00036-DAD<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date:   March 28, 2022<br>Time:  9:00 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Mark McKeon, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Chris Salazar Gutierrez, that the sentencing hearing currently scheduled for March 28, 2022, at 9:00 a.m. may be continued to May 23, 2022, at 9:00 a.m.

On February 1, 2022, Mr. Gutierrez admitted that he violated the terms of his supervised release by using a controlled substance on three occasions, as alleged in the Petition for Warrant or Summons for Person Under Supervision. That same day, consistent with the probation officer's recommendation, the magistrate judge ordered Mr. Gutierrez released to participate in the three-month residential Quest House program. Due to a COVID-19 outbreak at the facility, a bed was not available until February 15, 2022. Mr. Gutierrez was released to live with his daughter in the meantime. Mr. Gutierrez reported to Quest House on February 15, 2022, as

1  directed, and has been at the program ever since. It is anticipated that he will graduate on May 2  16, 2022.

3  On March 15, 2022, United States Probation Officer J.C. Hill contacted undersigned 4  counsel and requested that the sentencing hearing currently scheduled for March 28, 2022, be 5  continued until late May 2022 to allow Mr. Gutierrez time to complete the Quest House program 6  before sentencing. The government indicated that it had no objection to the continuance. Defense 7  counsel met with Mr. Gutierrez at Quest House on March 18, 2022. Mr. Gutierrez indicated that 8  he, too, had no objection to continuing the sentencing hearing to allow him to complete the 9  program.

10  Accordingly, the parties hereby stipulate that the Court may continue the sentencing 11  hearing to May 23, 2022, at 9:00 a.m.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 21, 2022  */s/ Mark McKeon*
MARK MCKEON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 21, 2022  */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CHRIS SALAZAR GUTIERREZ

**O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for March 28, 2022, at 9:00 a.m. is hereby continued to May 23, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **March 22, 2022**

UNITED STATES DISTRICT JUDGE